FRIEDA M. LANE, as Executrix of J. VICTOR LANE, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 26120.)— The court's finding that claimant is entitled to consequential damages is hereby allowed because of loss of view occasioned by the twenty-two foot embankment and by the further fact that the embankment is unsightly. Findings made by the trial judge that an award should be made because of increased cost of installing a siding are reversed. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.